UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

-----------------------------------------------------------------------x

DAVID GOLDIS                                             Civil Action No:
                                                        0:20-cv-60048

                                Plaintiff,

                -v.-

AMERICAN EXPRESS COMPANY

                                Defendants.

-----------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Notice is hereby given that the Plaintiff David Goldis and Defendant American Express Company have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 1st day of April, 2019

                                        */s/Justin E. Zeig*
                                        Justin E. Zeig, Esq.
                                        **Zeig Law Firm, LLC**
                                        3475 Sheridan Street Suite 310
                                        Hollywood, FL 33021
                                        Phone: 754-217-3084
                                        justin@zeiglawfirm.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 1, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Justin E. Zeig*
Justin E. Zeig, Esq.